```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 00902
    DEBRA SMITH
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4419

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 01/19/2007 and was confirmed 04/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

    The case was dismissed after confirmation 01/14/2009.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
CODILIS & ASSOCIATES     NOTICE ONLY     NOT FILED            .00            .00
CONDOR CAPITAL CORP      SECURED VEHIC   14620.94         1360.12        5168.59
CONDOR CAPITAL CORP      UNSECURED       NOT FILED            .00            .00
LAKEFRONT PLACE CONDOMIN CURRENT MORTG         .00            .00            .00
LAKEFRONT PLACE CONDOMIN MORTGAGE ARRE    2914.50            .00         721.82
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    3980.75            .00        3980.75
INTERNAL REVENUE SERVICE PRIORITY         1010.33            .00            .00
AT&T CREDIT MANAGEMENT C UNSECURED       NOT FILED            .00            .00
CROSS COUNTRY BANK       UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED         613.82            .00            .00
ILLINOIS DEPT OF HUMAN S UNSECURED       NOT FILED            .00            .00
KEY NOTE CONSULTING      NOTICE ONLY     NOT FILED            .00            .00
KEY NOTE CONSULTING      NOTICE ONLY     NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED            .00            .00
NCO FIN/55               NOTICE ONLY     NOT FILED            .00            .00
US DEPT OF EDUCATION     UNSECURED       14067.35            .00            .00
INTERNAL REVENUE SERVICE UNSECURED        3246.53            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED        1084.36            .00            .00
WELLS FARGO BANK         NOTICE ONLY     NOT FILED            .00            .00
B-LINE LLC               UNSECURED        1455.73            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         512.40            .00            .00
LEGAL HELPERS PC         DEBTOR ATTY     1,500.00                       1,500.00
TOM VAUGHN               TRUSTEE                                          950.44
DEBTOR REFUND            REFUND                                         1,002.28

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             14,684.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 00902 DEBRA SMITH

```
PRIORITY                                                              .00
SECURED                                                          9,871.16
    INTEREST                                                     1,360.12
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,500.00
TRUSTEE COMPENSATION                                               950.44
DEBTOR REFUND                                                    1,002.28
                                       ---------------     ---------------
TOTALS                                      14,684.00           14,684.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
    CASE NO. 07 B 00902 DEBRA SMITH